# Third District Court of Appeal

## State of Florida

Opinion filed February 14, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2092
Lower Tribunal No. 18-34857
_____

**Delfina Lopez,**
Appellant,

vs.

**People's Trust Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

The Roller Law Group, and Melissa Mazzitelli, K. Brian Roller, and Christopher Cochran, for appellant.

Beck Law, P.A., and Joshua S. Beck (Boca Raton); Brett R. Frankel, Jonathan Sabghir, and Robert B. Gertzman (Deerfield Beach), for appellee.

Before EMAS, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>People's Tr. Ins. Co. v. Amaro</u>, 319 So. 3d 747 (Fla. 3d DCA 2021).